```
                                                    FILED

                                              2007 JAN 17  PM 2:37

                                              CLERK US DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA

                                           BY_____LO____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>         Plaintiff,  )   CASE NO. 06CR02095-002-WQH<br>             )<br>     v.          )   O R D E R<br>             )<br> SANCHEZ, Adan,    )<br>             )<br>         Defendant.  )<br> _____ ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 5, 2007, **is vacated and reset to** _4/23/07_, at _9:00 AM_.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: _1/11/07_

_____
William Q. Hayes
U.S. District Judge

cc: all counsel of record